INVOICE

LAW OFFICES

**COUZENS, LANSKY, FEALK, ELLIS,**
**ROEDER & LAZAR, P.C.**
P.O. BOX 9057
FARMINGTON HILLS, MI 48333-9057
(248) 489-8600
FEDERAL I.D. 38-2568219

Loren Pollack
5364 Pembrooke Crossing Court
West Bloomfield, MI 48322

March 14, 2013
Invoice # 70983
Page 1
GS

For Legal Services Rendered Through 02/28/13

Re: POLLL1-00000
Business Matters

FOR PROFESSIONAL SERVICES RENDERED

| Date | Initials | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 02/19/13 | GS | Meeting client, Telephone conferences client, meeting litigators | 3.00 | 975.00 |
| 02/20/13 | GS | Telephone conference Alan Falk, Telephone conference Loren | 0.60 | 195.00 |

| Initials | Name | Hours | Amount |
| --- | --- | --- | --- |
| GS | Gary Schwarcz | 3.60 | 1,170.00 |
| TOTAL FEES FOR THIS MATTER | | 3.60 | $1,170.00 |

TOTAL CHARGES FOR THIS BILL                                    $1,170.00

NET DUE ON RECEIPT

# Please return this page with remittance

to

LAW OFFICES
## COUZENS, LANSKY, FEALK, ELLIS, ROEDER & LAZAR, P.C.
P.O. BOX 9057
FARMINGTON HILLS, MI 48333-9057
(248) 489-8600
FEDERAL I.D. 38-2568219

Invoice #     70983
Invoice Date:     March 14, 2013
Client Code:     POLLL1
Matter Code:     00000
Matter Name:     Business Matters

Total Fees     1,170.00

Total Disbursements     0.00

CURRENT INVOICE TOTAL AMOUNT DUE     $1,170.00

VISA / MasterCard / American Express / Discover Accepted

Amount Enclosed: _____

Card Number: _____

Expiration Date: _____

Net Due on Receipt

| | | |
|---|---|---|
| Billing Atty: GS Gary Schwarcz | | Client Trust Balance: 0.00 |
| Client Code: POLLL1 | | Client Prepaid Balance: 0.00 |
| Client Name: Pollack, Loren | | |
| Billing Address: Loren Pollack | | |
| 5364 Pembrooke Crossing Court | | |
| West Bloomfield, MI 48322 | | |
| Billing Date: March 1, 2013 | Fees Billed Thru Date: February 28, 2013 | Costs Billed Thru Date: February 28, 2013 |

| Entire Accounts Receivable Aging for Client: POLLL1 - Pollack, Loren | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total for Client | 0 to 30 | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 180 | 181 to 365 | 366 Plus |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Matter:** 00000 - Business Matters

| | | | |
|---|---|---|---|
| Billing Atty: GS Gary Schwarcz | Bill Cycle: | | |
| Initiating: GS Gary Schwarcz | Misc 1: | | |
| Responsible: GS Gary Schwarcz | Misc 2: | | |
| Alternate: | Misc 3: | | |
| Billing Group: | Matter Trust Bal.: $0.00 | Matter Pre-Paid Bal.: $0.00 | |
| | Long Style Name: | | |

**Billing Instructions**
Bill Fomat: 01   01 Standard Format
Fee Agrmnt: STD  STANDARD RATE
Fee Override:

| Accounts Receivable Aging for Matter: 00000 - Business Matters | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Matter | 0 to 30 | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 180 | 181 to 365 | 366 Plus |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Fee Details**

| | | Billable, Non-Billable, | Codes | | | Original (if different) | | Final | | Bill Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Services | Supressed or Hidden Atty | Actvy | Task | Event | Hours | Amount | Hours | Amount | |
| 02/19/13 | Meeting client, Telephone conferences client, meeting litigators | B GS | | | CM4769 | | | 3.00 | 975.00 | _____ |
| 02/20/13 | Telephone conference Alan Falk, Telephone conference Loren | B GS | | | CM5055 | | | 0.60 | 195.00 | _____ |

*Summary of FEES by Attorney Code*

| Atty Code | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| GS | Gary Schwarcz | 3.60 | 325.00 | 1,170.00 |
| | Total for Services | 3.60 | | 1,170.00 |

| | Hours | Amount |
|---|---|---|
| Billable time | 3.60 | 1,170.00 |
| Non-billable time | 0.00 | 0.00 |
| Suppressed time | 0.00 | 0.00 |
| *Amount billed - Fees* | | _____ |

**TOTALS**

*Bill History for this Matter*

| | |
|---|---|
| Fees Billed to Date | 0.00 |
| Costs Billed to Date | 0.00 |
| Total Billed to Date | $0.00 |
| Total Write-Offs to Date | $0.00 |

Date Last Billed    None
Amount Last Billed
Date Last Paid
Amount Last Paid

| | |
|---|---|
| Total Fees this matter | 1,170.00 |
| Total Costs this matter | 0.00 |
| **Total Fees and Costs for Matter: 00000** | **$1,170.00** |

Bill as is (X)      Bill as marked ( )      Bill fees only ( )      Bill costs only ( )      Hold until next month ( )