# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-45138 MAR  
**Case Name:** POLLACK, LOREN A.  

**Period Ending:** 12/31/20

**Trustee:** (420021) David Findling  
**Filed (f) or Converted (c):** 04/05/16 (f)  
**§341(a) Meeting Date:** 05/12/16  
**Claims Bar Date:** 12/12/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Household goods and furnishings<br>no single item >$600 | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 3 TVs, laptop, desktop, old smart phones | 750.00 | 0.00 | OA | 0.00 | FA |
| 3 | Eyeglasses, oliptical | 500.00 | 0.00 | OA | 0.00 | FA |
| 4 | Misc. personal belongings<br>no single item >$600 | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 5 | Jewelry used by the Debtor personally | 50.00 | 0.00 | OA | 0.00 | FA |
| 6 | Checking & Savings Accounts: Chase Bank<br>    Account owned by L.A.P. & Associates LLC | Unknown | 0.00 | OA | 0.00 | FA |
| 7 | GLP & Associates, Inc., 12% ownership<br>    Debtor originally claimed 20% ownership of GLP &<br>Associates. The trustee has since evaluated Debtor's<br>ownership interest and has determined that it is 12%. | 10,000,000.00 | 694,000.00 | | 157,448.77 | 536,551.23 |
| 8 | Startegic Business Solutions, LLC<br>    According to Debtor, this LLC is not conducting<br>business. Trustee is unable to verify existence of said<br>LLC. | 0.00 | 0.00 | OA | 0.00 | FA |
| 9 | L.A.P. & Associates LLC, 100% ownership<br>    After Trustee's review, it has been determined that<br>L.A.P. & Associates, LLC dissolved on July 15, 2014. | Unknown | 1.00 | OA | 0.00 | FA |
| 10 | Rental deposit: Rod Hadi | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 11 | Beneficial interest in Gerald L. Pollack Trust<br>    Debtor originally claimed an interest in Gerald L.<br>Pollack Trust. Debtor does not have interest in the<br>trust due to a court ordered forfeit of beneficial shares<br>dated July 20, 2015. | 40,000,000.00 | 0.00 | OA | 0.00 | FA |
| 12 | Possible owner of intellectual property of GLP<br>    Debtor has no ownership interest in intellectual<br>property of GLP. | Unknown | 0.00 | OA | 0.00 | FA |
| 13 | Insurance agent's license<br>    Debtor's insurance agent's license is<br>non-transferable and adds no value to the estate. | Unknown | Unknown | OA | 0.00 | FA |
| 14 | GLP Shareholders Agreement | Unknown | 1.00 | | 0.00 | 1.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-45138 MAR  **Trustee:** (420021) David Findling
**Case Name:** POLLACK, LOREN A.  **Filed (f) or Converted (c):** 04/05/16 (f)
  **§341(a) Meeting Date:** 05/12/16
**Period Ending:** 12/31/20  **Claims Bar Date:** 12/12/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15   Possible legal malpractice v. jaffe raitt heuer | Unknown | Unknown | OA | 0.00 | FA |
| 16   Possible lawsuit v GLP & Associates, LLC | Unknown | Unknown | OA | 0.00 | FA |
| 17   Insurance agent's book of business  Debtor was previously employed by GLP. Debtor has rights to future commissions. | 3,000,000.00 | 0.00 | | 38,616.44 | 0.00 |
| **17   Assets   Totals** (Excluding unknown values) | **$53,014,800.00** | **$694,002.00** | | **$196,065.21** | **$536,552.23** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2019  **Current Projected Date Of Final Report (TFR):**   December 31, 2022

_____   /s/ David Findling
March 10, 2022   _____
Date   David Findling

# Form 2

## Cash Receipts And Disbursements Record
Page: 1

**Case Number:** 16-45138 MAR  
**Case Name:** POLLACK, LOREN A.  

**Taxpayer ID #:** **-***8766  
**Period Ending:** 12/31/20  

**Trustee:** David Findling (420021)  
**Bank Name:** Mechanics Bank  
**Account:** ******4066 - Checking Account  
**Blanket Bond:** $435,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/03/16 | | The Findling Law Firm, PLC | Transfer of funds held in IOLTA in escrow | 1129-000 | 205,776.41 | | 205,776.41 |
| 11/04/16 | {7} | Loren Pollack | ACH received from GLP | 1123-000 | 15,114.65 | | 220,891.06 |
| 11/18/16 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 445.47 | | 221,336.53 |
| 11/25/16 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 413.90 | | 221,750.43 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 225.76 | 221,524.67 |
| 12/02/16 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 468.90 | | 221,993.57 |
| 12/16/16 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 454.84 | | 222,448.41 |
| 12/23/16 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 359.44 | | 222,807.85 |
| 12/23/16 | {7} | Loren Pollack | ACH received from GLP | 1123-000 | 41,040.00 | | 263,847.85 |
| 12/30/16 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 436.60 | | 264,284.45 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 332.54 | 263,951.91 |
| 01/06/17 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 62.83 | | 264,014.74 |
| 01/13/17 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 361.59 | | 264,376.33 |
| 01/20/17 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 374.14 | | 264,750.47 |
| 01/27/17 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 412.51 | | 265,162.98 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 405.56 | 264,757.42 |
| 02/10/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 414.93 | | 265,172.35 |
| 02/24/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 769.63 | | 265,941.98 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 355.93 | 265,586.05 |
| 03/10/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 411.85 | | 265,997.90 |
| 03/24/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 810.79 | | 266,808.69 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 395.42 | 266,413.27 |
| 04/07/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 439.88 | | 266,853.15 |
| 04/21/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 424.03 | | 267,277.18 |
| 04/24/17 | {7} | GLP & Associates | ACH received from GLP | 1123-000 | 24,000.00 | | 291,277.18 |
| 04/26/17 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 359.44 | | 291,636.62 |
| 04/26/17 | {17} | GLP & Associates | Reversed Deposit 100007 1 ACH received from GLP | 1129-000 | -359.44 | | 291,277.18 |
| 04/28/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 362.45 | | 291,639.63 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 362.83 | 291,276.80 |
| 05/05/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 437.98 | | 291,714.78 |
| 05/19/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 431.53 | | 292,146.31 |
| 05/26/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 363.35 | | 292,509.66 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 461.73 | 292,047.93 |
| 06/02/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 410.72 | | 292,458.65 |
| 06/16/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 416.23 | | 292,874.88 |
| 06/23/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 350.26 | | 293,225.14 |

Subtotals : $295,764.91 $2,539.77

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 16-45138 MAR
**Case Name:** POLLACK, LOREN A.

**Taxpayer ID #:** **-***8766
**Period Ending:** 12/31/20

**Trustee:** David Findling (420021)
**Bank Name:** Mechanics Bank
**Account:** ******4066 - Checking Account
**Blanket Bond:** $435,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 391.31 | | 293,616.45 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 421.01 | 293,195.44 |
| 07/14/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 364.13 | | 293,559.57 |
| 07/21/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 363.43 | | 293,923.00 |
| 07/28/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 347.65 | | 294,270.65 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 408.07 | 293,862.58 |
| 08/01/17 | {7} | GLP & Associates | ACH received from GLP | 1123-000 | 24,000.00 | | 317,862.58 |
| 08/11/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 260.97 | | 318,123.55 |
| 08/25/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 633.48 | | 318,757.03 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 499.93 | 318,257.10 |
| 09/08/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 266.95 | | 318,524.05 |
| 09/15/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 61.39 | | 318,585.44 |
| 09/22/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 569.12 | | 319,154.56 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 443.00 | 318,711.56 |
| 10/06/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 378.27 | | 319,089.83 |
| 10/20/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 341.80 | | 319,431.63 |
| 10/27/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 345.12 | | 319,776.75 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 489.68 | 319,287.07 |
| 11/03/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 336.40 | | 319,623.47 |
| 11/17/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 326.32 | | 319,949.79 |
| 11/22/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 330.80 | | 320,280.59 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 460.01 | 319,820.58 |
| 12/01/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 3,649.90 | | 323,470.48 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 449.58 | 323,020.90 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 511.08 | 322,509.82 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 432.95 | 322,076.87 |
| 03/16/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 257.97 | | 322,334.84 |
| 03/23/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 408.39 | | 322,743.23 |
| 03/30/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 248.90 | | 322,992.13 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 463.57 | 322,528.56 |
| 04/06/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 58.32 | | 322,586.88 |
| 04/13/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 88.89 | | 322,675.77 |
| 04/20/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 751.75 | | 323,427.52 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 448.85 | 322,978.67 |
| 05/04/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 324.63 | | 323,303.30 |
| 05/17/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 301.66 | | 323,604.96 |
| 05/25/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 360.04 | | 323,965.00 |

Subtotals: $35,767.59  $5,027.73

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-45138 MAR  
**Case Name:** POLLACK, LOREN A.  

**Taxpayer ID #:** \*\*-\*\*\*8766  
**Period Ending:** 12/31/20

**Trustee:** David Findling (420021)  
**Bank Name:** Mechanics Bank  
**Account:** \*\*\*\*\*\*4066 - Checking Account  
**Blanket Bond:** $435,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 511.78 | 323,453.22 |
| 06/01/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 289.83 | | 323,743.05 |
| 06/15/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 314.31 | | 324,057.36 |
| 06/22/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 353.93 | | 324,411.29 |
| 06/29/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 294.37 | | 324,705.66 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 450.45 | 324,255.21 |
| 07/13/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 260.24 | | 324,515.45 |
| 07/20/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 354.19 | | 324,869.64 |
| 07/24/18 | {7} | GLP & Associates | ACH received from GLP | 1123-000 | 5,294.12 | | 330,163.76 |
| 07/26/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 243.40 | | 330,407.16 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 499.73 | 329,907.43 |
| 08/08/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 197.57 | | 330,105.00 |
| 08/24/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 527.80 | | 330,632.80 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 490.73 | 330,142.07 |
| 09/07/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 268.90 | | 330,410.97 |
| 09/21/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 535.33 | | 330,946.30 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 253.51 | 330,692.79 |
| 10/11/18 | 101 | Carin Davis and Howard Weiner | ORDER APPROVING COMPROMISE REGARDING SETTLEMENT OF TRUSTEE S MOTION FOR AUTHORITY TO SUBORDINATE SECURED CLAIM OF DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE UNDER 11 U.S.C. § 724(b)(2), AND TO MAKE INTERIM DISTRIBUTION TO DOMESTIC SUPPORT OBLI | 5100-000 | | 165,203.58 | 165,489.21 |
| 10/11/18 | 102 | Internal Revenue Service | ORDER APPROVING COMPROMISE REGARDING SETTLEMENT OF TRUSTEE S MOTION FOR AUTHORITY TO SUBORDINATE SECURED CLAIM OF DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE UNDER 11 U.S.C. § 724(b)(2), AND TO MAKE INTERIM DISTRIBUTION TO DOMESTIC SUPPORT OBLI | 5800-000 | | 165,203.58 | 285.63 |
| 10/11/18 | 103 | Carin David and Howard Weiner | ORDER APPROVING COMPROMISE REGARDING SETTLEMENT OF TRUSTEE S MOTION FOR AUTHORITY TO SUBORDINATE SECURED CLAIM OF | 5100-000 | | 214.22 | 71.41 |

Subtotals : $8,933.99 $332,827.58

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 16-45138 MAR
**Case Name:** POLLACK, LOREN A.

**Taxpayer ID #:** **-***8766
**Period Ending:** 12/31/20

**Trustee:** David Findling (420021)
**Bank Name:** Mechanics Bank
**Account:** ******4066 - Checking Account
**Blanket Bond:** $435,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE UNDER 11 U.S.C. § 724(b)(2), AND TO MAKE INTERIM DISTRIBUTION TO DOMESTIC SUPPORT OBLI | | | | |
| 10/11/18 | 104 | Internal Revenue Service | ORDER APPROVING COMPROMISE REGARDING SETTLEMENT OF TRUSTEE S MOTION FOR AUTHORITY TO SUBORDINATE SECURED CLAIM OF DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE UNDER 11 U.S.C. § 724(b)(2), AND TO MAKE INTERIM DISTRIBUTION TO DOMESTIC SUPPORT OBLI | 5800-000 | | 71.41 | 0.00 |
| 10/12/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 234.19 | | 234.19 |
| 10/26/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 257.92 | | 492.11 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 185.87 | 306.24 |
| 11/02/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 225.59 | | 531.83 |
| 11/16/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 227.38 | | 759.21 |
| 11/19/18 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -2,393.00 | 3,152.21 |
| 11/21/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 247.13 | | 3,399.34 |
| 11/30/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 221.84 | | 3,621.18 |
| 12/14/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 222.41 | | 3,843.59 |
| 12/21/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 261.98 | | 4,105.57 |
| 12/28/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 235.14 | | 4,340.71 |
| 01/11/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 228.49 | | 4,569.20 |
| 01/25/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 485.96 | | 5,055.16 |
| 02/08/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 224.16 | | 5,279.32 |
| 02/22/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 212.05 | | 5,491.37 |
| 03/01/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 479.05 | | 5,970.42 |
| 03/22/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 230.99 | | 6,201.41 |
| 03/29/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 281.83 | | 6,483.24 |
| 04/05/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 220.51 | | 6,703.75 |
| 04/19/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 217.27 | | 6,921.02 |
| 04/26/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 298.81 | | 7,219.83 |
| 05/03/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 169.97 | | 7,389.80 |
| 05/10/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 160.07 | | 7,549.87 |

Subtotals : $5,342.74  $-2,135.72

{} Asset reference(s)

Printed: 03/10/2022 10:49 PM    V.20.33

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 16-45138 MAR
**Case Name:** POLLACK, LOREN A.

**Taxpayer ID #:** **-***8766
**Period Ending:** 12/31/20

**Trustee:** David Findling (420021)
**Bank Name:** Mechanics Bank
**Account:** ******4066 - Checking Account
**Blanket Bond:** $435,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/17/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 64.74 | | 7,614.61 |
| 05/24/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 278.53 | | 7,893.14 |
| 05/31/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 204.40 | | 8,097.54 |
| 06/14/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 199.55 | | 8,297.09 |
| 06/21/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 266.15 | | 8,563.24 |
| 06/28/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 206.75 | | 8,769.99 |
| 07/12/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 196.63 | | 8,966.62 |
| 07/26/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 435.57 | | 9,402.19 |
| 08/23/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 404.34 | | 9,806.53 |
| 08/30/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 123.48 | | 9,930.01 |
| 09/20/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 334.90 | | 10,264.91 |
| 09/27/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 131.27 | | 10,396.18 |
| 10/04/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 175.69 | | 10,571.87 |
| 10/18/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 210.17 | | 10,782.04 |
| 10/25/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 52.29 | | 10,834.33 |
| 11/01/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 169.59 | | 11,003.92 |
| 11/15/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 161.92 | | 11,165.84 |
| 11/22/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 52.32 | | 11,218.16 |
| 11/27/19 | {17} | GLP & Associates | Reversed Deposit 100015 1 ACH from GLP | 1129-000 | 165.74 | | 11,383.90 |
| 12/20/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 281.92 | | 11,665.82 |
| 12/27/19 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 165.74 | | 11,831.56 |
| 12/27/19 | {7} | GLP & Associates | ACH received from GLP | 1123-000 | 24,000.00 | | 35,831.56 |
| 12/27/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 101.11 | | 35,932.67 |
| 12/27/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | -165.74 | | 35,766.93 |
| 01/24/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 123.14 | | 35,890.07 |
| 01/31/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 116.86 | | 36,006.93 |
| 02/07/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 255.69 | | 36,262.62 |
| 02/21/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 214.90 | | 36,477.52 |
| 03/20/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 327.71 | | 36,805.23 |
| 03/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.34 | 36,775.89 |
| 04/03/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 137.18 | | 36,913.07 |
| 04/17/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 137.43 | | 37,050.50 |
| 04/24/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 71.56 | | 37,122.06 |
| 04/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.09 | 37,062.97 |
| 05/01/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 150.33 | | 37,213.30 |
| 05/15/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 148.38 | | 37,361.68 |
| 05/29/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 193.10 | | 37,554.78 |

Subtotals : $30,093.34 $88.43

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 16-45138 MAR
**Case Name:** POLLACK, LOREN A.
**Taxpayer ID #:** **-***8766
**Period Ending:** 12/31/20

**Trustee:** David Findling (420021)
**Bank Name:** Mechanics Bank
**Account:** ******4066 - Checking Account
**Blanket Bond:** $435,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/29/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.59 | 37,497.19 |
| 06/12/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 149.69 | | 37,646.88 |
| 06/26/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 180.57 | | 37,827.45 |
| 06/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.11 | 37,763.34 |
| 07/10/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 160.04 | | 37,923.38 |
| 07/24/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 172.83 | | 38,096.21 |
| 07/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.61 | 38,033.60 |
| 08/14/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 123.38 | | 38,156.98 |
| 08/21/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 87.17 | | 38,244.15 |
| 08/28/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 85.62 | | 38,329.77 |
| 08/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.90 | 38,270.87 |
| 09/24/20 | 105 | Carin Davis and Howard Weiner | ORDER APPROVING COMPROMISE REGARDING SETTLEMENT OF TRUSTEE S MOTION FOR AUTHORITY TO SUBORDINATE SECURED CLAIM OF DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE UNDER 11 U.S.C. § 724(b)(2), AND TO MAKE INTERIM DISTRIBUTION TO DOMESTIC SUPPORT OBLI | 5100-000 | | 28,322.51 | 9,948.36 |
| 09/24/20 | 106 | Internal Revenue Service | ORDER APPROVING COMPROMISE REGARDING SETTLEMENT OF TRUSTEE S MOTION FOR AUTHORITY TO SUBORDINATE SECURED CLAIM OF DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE UNDER 11 U.S.C. § 724(b)(2), AND TO MAKE INTERIM DISTRIBUTION TO DOMESTIC SUPPORT OBLI | 5800-000 | | 9,440.84 | 507.52 |
| 09/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.23 | 445.29 |
| 10/09/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 138.82 | | 584.11 |
| 10/23/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 143.79 | | 727.90 |
| 10/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.00 | 711.90 |
| 11/06/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 143.78 | | 855.68 |
| 11/18/20 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 165.74 | | 1,021.42 |
| 11/18/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 165.74 | | 1,187.16 |
| 11/18/20 | {17} | GLP & Associates | Reversed Deposit 100015 1 ACH from GLP | 1129-000 | -165.74 | | 1,021.42 |
| 11/18/20 | {17} | GLP & Associates | Reversed Deposit 100015 1 ACH from GLP | 1129-000 | -165.74 | | 855.68 |

Subtotals: $1,385.69  $38,084.79

{} Asset reference(s)

Printed: 03/10/2022 10:49 PM    V.20.33

# Form 2
## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 16-45138 MAR  
**Case Name:** POLLACK, LOREN A.

**Taxpayer ID #:** **-***8766  
**Period Ending:** 12/31/20

**Trustee:** David Findling (420021)  
**Bank Name:** Mechanics Bank  
**Account:** ******4066 - Checking Account  
**Blanket Bond:** $435,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/25/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 79.33 | | 935.01 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 15.86 | 919.15 |
| 12/03/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 185.45 | | 1,104.60 |
| 12/10/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 145.01 | | 1,249.61 |
| 12/24/20 | {7} | GLP & Associates | ACH received from GLP | 1123-000 | 24,000.00 | | 25,249.61 |
| 12/31/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 143.57 | | 25,393.18 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 27.60 | 25,365.58 |
| | | | **ACCOUNT TOTALS** | | 401,841.62 | 376,476.04 | **$25,365.58** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 401,841.62 | 376,476.04 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$401,841.62** | **$376,476.04** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4066** | 401,841.62 | 376,476.04 | 25,365.58 |
| | $401,841.62 | $376,476.04 | $25,365.58 |

March 10, 2022  
_____  
Date

/s/ David Findling  
_____  
David Findling

{} Asset reference(s)   16-45138-mar   Doc 188   Filed 03/10/22   Entered 03/10/22 22:55:31   Page 9 of 9   Printed: 03/10/2022 10:49 PM   V.20.33