# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-45138 MAR  
**Case Name:** POLLACK, LOREN A.  
**Period Ending:** 12/31/21

**Trustee:** (420021) David Findling  
**Filed (f) or Converted (c):** 04/05/16 (f)  
**§341(a) Meeting Date:** 05/12/16  
**Claims Bar Date:** 12/12/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Household goods and furnishings<br>no single item >$600 | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 3 TVs, laptop, desktop, old smart phones | 750.00 | 0.00 | OA | 0.00 | FA |
| 3 | Eyeglasses, oliptical | 500.00 | 0.00 | OA | 0.00 | FA |
| 4 | Misc. personal belongings<br>no single item >$600 | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 5 | Jewelry used by the Debtor personally | 50.00 | 0.00 | OA | 0.00 | FA |
| 6 | Checking & Savings Accounts: Chase Bank<br>Account owned by L.A.P. & Associates LLC | Unknown | 0.00 | OA | 0.00 | FA |
| 7 | GLP & Associates, Inc., 12% ownership<br>Debtor originally claimed 20% ownership of GLP & Associates. The trustee has since evaluated Debtor's ownership interest and has determined that it is 12%. | 10,000,000.00 | 694,000.00 | | 157,448.77 | 536,551.23 |
| 8 | Startegic Business Solutions, LLC<br>According to Debtor, this LLC is not conducting business. Trustee is unable to verify existence of said LLC. | 0.00 | 0.00 | OA | 0.00 | FA |
| 9 | L.A.P. & Associates LLC, 100% ownership<br>After Trustee's review, it has been determined that L.A.P. & Associates, LLC dissolved on July 15, 2014. | Unknown | 1.00 | OA | 0.00 | FA |
| 10 | Rental deposit: Rod Hadi | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 11 | Beneficial interest in Gerald L. Pollack Trust<br>Debtor originally claimed an interest in Gerald L. Pollack Trust. Debtor does not have interest in the trust due to a court ordered forfeit of beneficial shares dated July 20, 2015. | 40,000,000.00 | 0.00 | OA | 0.00 | FA |
| 12 | Possible owner of intellectual property of GLP<br>Debtor has no ownership interest in intellectual property of GLP. | Unknown | 0.00 | OA | 0.00 | FA |
| 13 | Insurance agent's license<br>Debtor's insurance agent's license is non-transferable and adds no value to the estate. | Unknown | Unknown | OA | 0.00 | FA |
| 14 | GLP Shareholders Agreement | Unknown | 1.00 | | 0.00 | 1.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-45138 MAR  
**Case Name:** POLLACK, LOREN A.  

**Period Ending:** 12/31/21

**Trustee:** (420021) David Findling  
**Filed (f) or Converted (c):** 04/05/16 (f)  
**§341(a) Meeting Date:** 05/12/16  
**Claims Bar Date:** 12/12/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | Possible legal malpractice v. jaffe raitt heuer | Unknown | Unknown | OA | 0.00 | FA |
| 16 | Possible lawsuit v GLP & Associates, LLC | Unknown | Unknown | OA | 0.00 | FA |
| 17 | Insurance agent's book of business<br>    Debtor was previously employed by GLP. Debtor has rights to future commissions. | 3,000,000.00 | 0.00 | | 42,205.24 | 0.00 |
| 17 | **Assets** Totals (Excluding unknown values) | **$53,014,800.00** | **$694,002.00** | | **$199,654.01** | **$536,552.23** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2019         **Current Projected Date Of Final Report (TFR):** December 31, 2022

_____  
March 10, 2022  
Date

/s/ David Findling  
_____  
David Findling

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-45138 MAR  
**Case Name:** POLLACK, LOREN A.  

**Taxpayer ID #:** **-***8766  
**Period Ending:** 12/31/21  

**Trustee:** David Findling (420021)  
**Bank Name:** Mechanics Bank  
**Account:** ******4066 - Checking Account  
**Blanket Bond:** $435,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/03/16 | | The Findling Law Firm, PLC | Transfer of funds held in IOLTA in escrow | 1129-000 | 205,776.41 | | 205,776.41 |
| 11/04/16 | {7} | Loren Pollack | ACH received from GLP | 1123-000 | 15,114.65 | | 220,891.06 |
| 11/18/16 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 445.47 | | 221,336.53 |
| 11/25/16 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 413.90 | | 221,750.43 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 225.76 | 221,524.67 |
| 12/02/16 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 468.90 | | 221,993.57 |
| 12/16/16 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 454.84 | | 222,448.41 |
| 12/23/16 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 359.44 | | 222,807.85 |
| 12/23/16 | {7} | Loren Pollack | ACH received from GLP | 1123-000 | 41,040.00 | | 263,847.85 |
| 12/30/16 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 436.60 | | 264,284.45 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 332.54 | 263,951.91 |
| 01/06/17 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 62.83 | | 264,014.74 |
| 01/13/17 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 361.59 | | 264,376.33 |
| 01/20/17 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 374.14 | | 264,750.47 |
| 01/27/17 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 412.51 | | 265,162.98 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 405.56 | 264,757.42 |
| 02/10/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 414.93 | | 265,172.35 |
| 02/24/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 769.63 | | 265,941.98 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 355.93 | 265,586.05 |
| 03/10/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 411.85 | | 265,997.90 |
| 03/24/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 810.79 | | 266,808.69 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 395.42 | 266,413.27 |
| 04/07/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 439.88 | | 266,853.15 |
| 04/21/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 424.03 | | 267,277.18 |
| 04/24/17 | {7} | GLP & Associates | ACH received from GLP | 1123-000 | 24,000.00 | | 291,277.18 |
| 04/26/17 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 359.44 | | 291,636.62 |
| 04/26/17 | {17} | GLP & Associates | Reversed Deposit 100007 1 ACH received from GLP | 1129-000 | -359.44 | | 291,277.18 |
| 04/28/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 362.45 | | 291,639.63 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 362.83 | 291,276.80 |
| 05/05/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 437.98 | | 291,714.78 |
| 05/19/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 431.53 | | 292,146.31 |
| 05/26/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 363.35 | | 292,509.66 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 461.73 | 292,047.93 |
| 06/02/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 410.72 | | 292,458.65 |
| 06/16/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 416.23 | | 292,874.88 |
| 06/23/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 350.26 | | 293,225.14 |

Subtotals : $295,764.91 $2,539.77

{} Asset reference(s) 16-45138-mar Doc 189 Filed 03/10/22 Entered 03/10/22 22:56:22 Page 3 of 11
Printed: 03/10/2022 10:46 PM V.20.33

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-45138 MAR  
**Case Name:** POLLACK, LOREN A.  

**Taxpayer ID #:** **-***8766  
**Period Ending:** 12/31/21  

**Trustee:** David Findling (420021)  
**Bank Name:** Mechanics Bank  
**Account:** ******4066 - Checking Account  
**Blanket Bond:** $435,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 391.31 | | 293,616.45 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 421.01 | 293,195.44 |
| 07/14/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 364.13 | | 293,559.57 |
| 07/21/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 363.43 | | 293,923.00 |
| 07/28/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 347.65 | | 294,270.65 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 408.07 | 293,862.58 |
| 08/01/17 | {7} | GLP & Associates | ACH received from GLP | 1123-000 | 24,000.00 | | 317,862.58 |
| 08/11/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 260.97 | | 318,123.55 |
| 08/25/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 633.48 | | 318,757.03 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 499.93 | 318,257.10 |
| 09/08/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 266.95 | | 318,524.05 |
| 09/15/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 61.39 | | 318,585.44 |
| 09/22/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 569.12 | | 319,154.56 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 443.00 | 318,711.56 |
| 10/06/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 378.27 | | 319,089.83 |
| 10/20/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 341.80 | | 319,431.63 |
| 10/27/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 345.12 | | 319,776.75 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 489.68 | 319,287.07 |
| 11/03/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 336.40 | | 319,623.47 |
| 11/17/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 326.32 | | 319,949.79 |
| 11/22/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 330.80 | | 320,280.59 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 460.01 | 319,820.58 |
| 12/01/17 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 3,649.90 | | 323,470.48 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 449.58 | 323,020.90 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 511.08 | 322,509.82 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 432.95 | 322,076.87 |
| 03/16/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 257.97 | | 322,334.84 |
| 03/23/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 408.39 | | 322,743.23 |
| 03/30/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 248.90 | | 322,992.13 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 463.57 | 322,528.56 |
| 04/06/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 58.32 | | 322,586.88 |
| 04/13/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 88.89 | | 322,675.77 |
| 04/20/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 751.75 | | 323,427.52 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 448.85 | 322,978.67 |
| 05/04/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 324.63 | | 323,303.30 |
| 05/17/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 301.66 | | 323,604.96 |
| 05/25/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 360.04 | | 323,965.00 |

Subtotals: $35,767.59 $5,027.73

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 16-45138 MAR | **Trustee:** | David Findling (420021) | |
| **Case Name:** | POLLACK, LOREN A. | **Bank Name:** | Mechanics Bank | |
| | | **Account:** | ******4066 - Checking Account | |
| **Taxpayer ID #:** | **-***8766 | **Blanket Bond:** | $435,000.00 (per case limit) | |
| **Period Ending:** | 12/31/21 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 511.78 | 323,453.22 |
| 06/01/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 289.83 | | 323,743.05 |
| 06/15/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 314.31 | | 324,057.36 |
| 06/22/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 353.93 | | 324,411.29 |
| 06/29/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 294.37 | | 324,705.66 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 450.45 | 324,255.21 |
| 07/13/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 260.24 | | 324,515.45 |
| 07/20/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 354.19 | | 324,869.64 |
| 07/24/18 | {7} | GLP & Associates | ACH received from GLP | 1123-000 | 5,294.12 | | 330,163.76 |
| 07/26/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 243.40 | | 330,407.16 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 499.73 | 329,907.43 |
| 08/08/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 197.57 | | 330,105.00 |
| 08/24/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 527.80 | | 330,632.80 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 490.73 | 330,142.07 |
| 09/07/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 268.90 | | 330,410.97 |
| 09/21/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 535.33 | | 330,946.30 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 253.51 | 330,692.79 |
| 10/11/18 | 101 | Carin Davis and Howard Weiner | ORDER APPROVING COMPROMISE REGARDING SETTLEMENT OF TRUSTEE S MOTION FOR AUTHORITY TO SUBORDINATE SECURED CLAIM OF DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE UNDER 11 U.S.C. § 724(b)(2), AND TO MAKE INTERIM DISTRIBUTION TO DOMESTIC SUPPORT OBLI | 5100-000 | | 165,203.58 | 165,489.21 |
| 10/11/18 | 102 | Internal Revenue Service | ORDER APPROVING COMPROMISE REGARDING SETTLEMENT OF TRUSTEE S MOTION FOR AUTHORITY TO SUBORDINATE SECURED CLAIM OF DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE UNDER 11 U.S.C. § 724(b)(2), AND TO MAKE INTERIM DISTRIBUTION TO DOMESTIC SUPPORT OBLI | 5800-000 | | 165,203.58 | 285.63 |
| 10/11/18 | 103 | Carin David and Howard Weiner | ORDER APPROVING COMPROMISE REGARDING SETTLEMENT OF TRUSTEE S MOTION FOR AUTHORITY TO SUBORDINATE SECURED CLAIM OF | 5100-000 | | 214.22 | 71.41 |

| | | Subtotals : | $8,933.99 | $332,827.58 |
|---|---|---|---|---|

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-45138 MAR  
**Case Name:** POLLACK, LOREN A.  

**Taxpayer ID #:** **-***8766  
**Period Ending:** 12/31/21  

**Trustee:** David Findling (420021)  
**Bank Name:** Mechanics Bank  
**Account:** ******4066 - Checking Account  
**Blanket Bond:** $435,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE UNDER 11 U.S.C. § 724(b)(2), AND TO MAKE INTERIM DISTRIBUTION TO DOMESTIC SUPPORT OBLI | | | | |
| 10/11/18 | 104 | Internal Revenue Service | ORDER APPROVING COMPROMISE REGARDING SETTLEMENT OF TRUSTEE S MOTION FOR AUTHORITY TO SUBORDINATE SECURED CLAIM OF DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE UNDER 11 U.S.C. § 724(b)(2), AND TO MAKE INTERIM DISTRIBUTION TO DOMESTIC SUPPORT OBLI | 5800-000 | | 71.41 | 0.00 |
| 10/12/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 234.19 | | 234.19 |
| 10/26/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 257.92 | | 492.11 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 185.87 | 306.24 |
| 11/02/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 225.59 | | 531.83 |
| 11/16/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 227.38 | | 759.21 |
| 11/19/18 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -2,393.00 | 3,152.21 |
| 11/21/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 247.13 | | 3,399.34 |
| 11/30/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 221.84 | | 3,621.18 |
| 12/14/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 222.41 | | 3,843.59 |
| 12/21/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 261.98 | | 4,105.57 |
| 12/28/18 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 235.14 | | 4,340.71 |
| 01/11/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 228.49 | | 4,569.20 |
| 01/25/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 485.96 | | 5,055.16 |
| 02/08/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 224.16 | | 5,279.32 |
| 02/22/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 212.05 | | 5,491.37 |
| 03/01/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 479.05 | | 5,970.42 |
| 03/22/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 230.99 | | 6,201.41 |
| 03/29/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 281.83 | | 6,483.24 |
| 04/05/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 220.51 | | 6,703.75 |
| 04/19/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 217.27 | | 6,921.02 |
| 04/26/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 298.81 | | 7,219.83 |
| 05/03/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 169.97 | | 7,389.80 |
| 05/10/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 160.07 | | 7,549.87 |

Subtotals: $5,342.74  $-2,135.72

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 16-45138 MAR  
**Case Name:** POLLACK, LOREN A.  

**Taxpayer ID #:** **-***8766  
**Period Ending:** 12/31/21  

**Trustee:** David Findling (420021)  
**Bank Name:** Mechanics Bank  
**Account:** ******4066 - Checking Account  
**Blanket Bond:** $435,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/17/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 64.74 | | 7,614.61 |
| 05/24/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 278.53 | | 7,893.14 |
| 05/31/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 204.40 | | 8,097.54 |
| 06/14/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 199.55 | | 8,297.09 |
| 06/21/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 266.15 | | 8,563.24 |
| 06/28/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 206.75 | | 8,769.99 |
| 07/12/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 196.63 | | 8,966.62 |
| 07/26/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 435.57 | | 9,402.19 |
| 08/23/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 404.34 | | 9,806.53 |
| 08/30/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 123.48 | | 9,930.01 |
| 09/20/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 334.90 | | 10,264.91 |
| 09/27/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 131.27 | | 10,396.18 |
| 10/04/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 175.69 | | 10,571.87 |
| 10/18/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 210.17 | | 10,782.04 |
| 10/25/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 52.29 | | 10,834.33 |
| 11/01/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 169.59 | | 11,003.92 |
| 11/15/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 161.92 | | 11,165.84 |
| 11/22/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 52.32 | | 11,218.16 |
| 11/27/19 | {17} | GLP & Associates | Reversed Deposit 100015 1 ACH from GLP | 1129-000 | 165.74 | | 11,383.90 |
| 12/20/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 281.92 | | 11,665.82 |
| 12/27/19 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 165.74 | | 11,831.56 |
| 12/27/19 | {7} | GLP & Associates | ACH received from GLP | 1123-000 | 24,000.00 | | 35,831.56 |
| 12/27/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 101.11 | | 35,932.67 |
| 12/27/19 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | -165.74 | | 35,766.93 |
| 01/24/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 123.14 | | 35,890.07 |
| 01/31/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 116.86 | | 36,006.93 |
| 02/07/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 255.69 | | 36,262.62 |
| 02/21/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 214.90 | | 36,477.52 |
| 03/20/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 327.71 | | 36,805.23 |
| 03/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.34 | 36,775.89 |
| 04/03/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 137.18 | | 36,913.07 |
| 04/17/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 137.43 | | 37,050.50 |
| 04/24/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 71.56 | | 37,122.06 |
| 04/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.09 | 37,062.97 |
| 05/01/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 150.33 | | 37,213.30 |
| 05/15/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 148.38 | | 37,361.68 |
| 05/29/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 193.10 | | 37,554.78 |

Subtotals: $30,093.34   $88.43

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

| | |   | | |
|---|---|---|---|---|
| Case Number: | 16-45138 MAR | **Trustee:** | David Findling (420021) | |
| Case Name: | POLLACK, LOREN A. | **Bank Name:** | Mechanics Bank | |
| | | **Account:** | ******4066 - Checking Account | |
| Taxpayer ID #: | **-***8766 | **Blanket Bond:** | $435,000.00  (per case limit) | |
| Period Ending: | 12/31/21 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/29/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.59 | 37,497.19 |
| 06/12/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 149.69 | | 37,646.88 |
| 06/26/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 180.57 | | 37,827.45 |
| 06/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.11 | 37,763.34 |
| 07/10/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 160.04 | | 37,923.38 |
| 07/24/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 172.83 | | 38,096.21 |
| 07/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.61 | 38,033.60 |
| 08/14/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 123.38 | | 38,156.98 |
| 08/21/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 87.17 | | 38,244.15 |
| 08/28/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 85.62 | | 38,329.77 |
| 08/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.90 | 38,270.87 |
| 09/24/20 | 105 | Carin Davis and Howard Weiner | ORDER APPROVING COMPROMISE REGARDING SETTLEMENT OF TRUSTEE S MOTION FOR AUTHORITY TO SUBORDINATE SECURED CLAIM OF DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE UNDER 11 U.S.C. § 724(b)(2), AND TO MAKE INTERIM DISTRIBUTION TO DOMESTIC SUPPORT OBLI | 5100-000 | | 28,322.51 | 9,948.36 |
| 09/24/20 | 106 | Internal Revenue Service | ORDER APPROVING COMPROMISE REGARDING SETTLEMENT OF TRUSTEE S MOTION FOR AUTHORITY TO SUBORDINATE SECURED CLAIM OF DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE UNDER 11 U.S.C. § 724(b)(2), AND TO MAKE INTERIM DISTRIBUTION TO DOMESTIC SUPPORT OBLI | 5800-000 | | 9,440.84 | 507.52 |
| 09/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.23 | 445.29 |
| 10/09/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 138.82 | | 584.11 |
| 10/23/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 143.79 | | 727.90 |
| 10/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.00 | 711.90 |
| 11/06/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 143.78 | | 855.68 |
| 11/18/20 | {17} | Loren Pollack | ACH received from GLP | 1129-000 | 165.74 | | 1,021.42 |
| 11/18/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 165.74 | | 1,187.16 |
| 11/18/20 | {17} | GLP & Associates | Reversed Deposit 100015 1 ACH from GLP | 1129-000 | -165.74 | | 1,021.42 |
| 11/18/20 | {17} | GLP & Associates | Reversed Deposit 100015 1 ACH from GLP | 1129-000 | -165.74 | | 855.68 |

Subtotals :   $1,385.69   $38,084.79

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 16-45138 MAR | | Trustee: | David Findling (420021) |
|---|---|---|---|---|
| Case Name: | POLLACK, LOREN A. | | Bank Name: | Mechanics Bank |
| | | | Account: | ******4066 - Checking Account |
| Taxpayer ID #: | **-***8766 | | Blanket Bond: | $435,000.00 (per case limit) |
| Period Ending: | 12/31/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/25/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 79.33 | | 935.01 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 15.86 | 919.15 |
| 12/03/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 185.45 | | 1,104.60 |
| 12/10/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 145.01 | | 1,249.61 |
| 12/24/20 | {7} | GLP & Associates | ACH received from GLP | 1123-000 | 24,000.00 | | 25,249.61 |
| 12/31/20 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 143.57 | | 25,393.18 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 27.60 | 25,365.58 |
| 01/15/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 144.52 | | 25,510.10 |
| 01/21/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 130.82 | | 25,640.92 |
| 01/29/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 42.48 | 25,598.44 |
| 02/12/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 157.80 | | 25,756.24 |
| 02/19/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 131.00 | | 25,887.24 |
| 02/26/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 38.45 | 25,848.79 |
| 03/05/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 158.30 | | 26,007.09 |
| 03/19/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 125.19 | | 26,132.28 |
| 03/31/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 45.87 | 26,086.41 |
| 04/02/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 164.00 | | 26,250.41 |
| 04/08/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 26,250.41 | 0.00 |
| 04/09/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 165.74 | | 165.74 |
| 04/09/21 | {17} | GLP & Associates | Reversed Deposit Adj. 161 ACH received from GLP | 1129-000 | -165.74 | | 0.00 |
| 04/16/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 144.56 | | 144.56 |
| 07/07/21 | | GLP & Associates | ACH received from GLP | 1129-000 | -144.56 | | 0.00 |
| | | | ACCOUNT TOTALS | | 402,853.25 | 402,853.25 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 26,250.41 | |
| | | | Subtotal | | 402,853.25 | 376,602.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $402,853.25 | $376,602.84 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 8

**Case Number:** 16-45138 MAR  
**Case Name:** POLLACK, LOREN A.  

**Taxpayer ID #:** **-***8766  
**Period Ending:** 12/31/21  

**Trustee:** David Findling (420021)  
**Bank Name:** TriState Capital Bank  
**Account:** ******7627 - Checking Account  
**Blanket Bond:** $435,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/08/21 | | | | 9999-000 | 26,250.41 | | 26,250.41 |
| 04/15/21 | 10107 | Carin Davis and Howard Weiner | ORDER APPROVING COMPROMISE REGARDING SETTLEMENT OF TRUSTEE S MOTION FOR AUTHORITY TO SUBORDINATE SECURED CLAIM OF DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE UNDER 11 U.S.C. § 724(b)(2), AND TO MAKE INTERIM DISTRIBUTION TO DOMESTIC SUPPORT OBLI | 5100-000 | | 19,687.81 | 6,562.60 |
| 04/15/21 | 10108 | Internal Revenue Service | ORDER APPROVING COMPROMISE REGARDING SETTLEMENT OF TRUSTEE S MOTION FOR AUTHORITY TO SUBORDINATE SECURED CLAIM OF DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE UNDER 11 U.S.C. § 724(b)(2), AND TO MAKE INTERIM DISTRIBUTION TO DOMESTIC SUPPORT OBLI | 5800-000 | | 6,562.60 | 0.00 |
| 04/23/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 95.39 | | 95.39 |
| 04/30/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 42.19 | 53.20 |
| 05/07/21 | {17} | GLP & Associates | ACH received from GLP | 1123-000 | 135.59 | | 188.79 |
| 05/14/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 149.56 | | 338.35 |
| 05/28/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 156.55 | | 494.90 |
| 05/28/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 489.90 |
| 06/11/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 126.92 | | 616.82 |
| 06/25/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 137.08 | | 753.90 |
| 06/30/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 748.90 |
| 07/07/21 | | Transition transfer credit | Transition transfer credit | 9999-000 | 144.56 | | 893.46 |
| 07/16/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 151.83 | | 1,045.29 |
| 07/23/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 113.98 | | 1,159.27 |
| 07/30/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,154.27 |
| 08/06/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 140.07 | | 1,294.34 |
| 08/27/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 125.86 | | 1,420.20 |
| 08/31/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,415.20 |
| 09/10/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 114.07 | | 1,529.27 |
| 09/24/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 112.49 | | 1,641.76 |
| 09/30/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,636.76 |

Subtotals: $27,954.36   $26,317.60

{} Asset reference(s)   16-45138-mar   Doc 189   Filed 03/10/22   Entered 03/10/22 22:56:22   Page 10 of 11
Printed: 03/10/2022 10:46 PM   V.20.33

# Form 2
## Cash Receipts And Disbursements Record

Page: 9

**Case Number:** 16-45138 MAR  
**Case Name:** POLLACK, LOREN A.  

**Taxpayer ID #:** **-***8766  
**Period Ending:** 12/31/21  

**Trustee:** David Findling (420021)  
**Bank Name:** TriState Capital Bank  
**Account:** ******7627 - Checking Account  
**Blanket Bond:** $435,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/01/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 125.47 | | 1,762.23 |
| 10/22/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 125.08 | | 1,887.31 |
| 10/29/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,882.31 |
| 11/05/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 125.88 | | 2,008.19 |
| 11/12/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 109.74 | | 2,117.93 |
| 11/30/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,112.93 |
| 12/03/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 138.78 | | 2,251.71 |
| 12/17/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 124.17 | | 2,375.88 |
| 12/30/21 | {17} | GLP & Associates | ACH received from GLP | 1129-000 | 124.10 | | 2,499.98 |
| 12/31/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,494.98 |
| | | | **ACCOUNT TOTALS** | | 28,827.58 | 26,332.60 | **$2,494.98** |
| | | | Less: Bank Transfers | | 26,394.97 | 0.00 | |
| | | | **Subtotal** | | **2,432.61** | **26,332.60** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,432.61** | **$26,332.60** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******4066** | 402,853.25 | 376,602.84 | 0.00 |
| **Checking # ******7627** | 2,432.61 | 26,332.60 | 2,494.98 |
| | **$405,285.86** | **$402,935.44** | **$2,494.98** |

_____  
March 10, 2022  
Date

/s/ David Findling  
_____  
David Findling